UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PETERSON JEROME,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00929-P |
| VERSUS | JUDGE DRELL |
| WILLIAM BARR,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Emergency Stay Order of Removal (ECF No. 1) be DENIED and DISMISSED, without prejudice to Petitioner filing his motion in the appropriate Court of Appeals.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25th day of August, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE